**Order entered July 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00566-CV

**ERWIN CRUZ, ET AL., Appellants**

**V.**

**MEHRDAD GHANI, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-16274**

## ORDER

Before the Court is appellants' July 24, 2017 unopposed motion for an extension of time

to file a brief. We **GRANT** the motion. Appellants shall file a brief by September 11, 2017.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE